# TEST



# DOCUMENT